**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**ROSIE PERRY**                                                                                 **PLAINTIFF**

**V.**                                                           **CAUSE NO. 1:09CV260-SA-JAD**

**SEARS, ROEBUCK AND CO., and VANESSA STEWART**          **DEFENDANTS**

**ORDER GRANTING MOTION TO DISMISS**

Pursuant to an opinion issued today, it is hereby ORDERED that:

(1)      the Defendants' Motion to Dismiss [11] is GRANTED; and

(2)      this case is CLOSED.

SO ORDERED, this the 8th day of April, 2010.

                                                            **/s/ Sharion Aycock**
                                                            **U.S. DISTRICT JUDGE**